IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DONALD KAULIA, | ) CIVIL NO. 05-00290 JMS/LEK |
| Plaintiff, | ) ) ORDER ADOPTING REPORT OF |
| vs. | ) SPECIAL MASTER ) |
| COUNTY OF MAUI, DEPARTMENT OF PUBLIC WORKS AND WASTE MANAGEMENT, ET AL., | ) ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) |

## ORDER ADOPTING REPORT OF SPECIAL MASTER

Report Of Special Master having been filed and served on all parties on August 29, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, September 17, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Kaulia v. County of Maui*, Civ. No. 05-00290 JMS/LEK, Order Adopting Report of Special Master